



**FILED**

**United States District Court**
**Eastern District of California**

OCT 07 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

Randall L. Dougherty, Sr., Individually and on behalf of the Estate of Randall B. Dougherty, Jr., Deceased; and Jolene Dougherty

**Plaintiff(s)**

Case Number: 1:24-cv-00818-KES-EPG

V.

Target Corporation, et al.

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Dixie T. Wells__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendants Target Corporation, Empower Brands, LLC and Tristar Products, Inc.

On __August 21, 1999__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of North Carolina__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have, ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: __September 30, 2024__    Signature of Applicant: /s/ __Dixie T. Wells__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Dixie T. Wells |
| Law Firm Name: | Ellis & Winters LLP |
| Address: | P.O. Box 2752 |
| City: | Greensboro   State: N.C.   Zip: 27402 |
| Phone Number w/Area Code: | (336) 217-4193 |
| City and State of Residence: | Greensboro, North Carolina |
| Primary E-mail Address: | Dixie.Wells@elliswinters.com |
| Secondary E-mail Address: | Crystal.Boyd@elliswinters.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eileen Ahern |
| Law Firm Name: | Willenken LLP |
| Address: | 707 Wilshire Blvd., Suite 3850 |
| City: | Los Angeles   State: CA   Zip: 90017 |
| Phone Number w/Area Code: | (213) 955-9240   Bar # 216822 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/7/24

JUDGE, U.S. DISTRICT COURT

# STATE OF NORTH CAROLINA

I, the undersigned, Clerk of the Supreme Court of North Carolina, do hereby certify that Dixie T. Wells was duly licensed to practice law in North Carolina and that the name appears on the roll of attorneys licensed by the North Carolina Supreme Court to practice law.

## Dixie T. Wells

According to the certified list of attorneys reported by the North Carolina State Bar as being in good standing as required by statute.

As of the date of this certificate, no other pending disciplinary actions have been filed against said attorney.

Witness my hand and the Seal of the Supreme Court of North Carolina at the City of Raleigh.